AO 451 (Rev.12/93) Certification of Judgment

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 31 2012

JAMES N. HATTEN, Clerk
By: /s/ [signature]
Deputy Clerk

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ALABAMA__

RREF RB ACQUISITIONS, LLC,

    Plaintiff,
V.
LENLOCK CENTER, LLC, and
CLARK S. ULLOM,

    Defendants.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

1:12-MI-0133

Case Number:  1:11-cv-4223-HGD

I, _____Sharon Harris_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action ___January 17, 2012___, as it appears in the records of this court, and that

\* No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

_____July 25, 2012_____
Date

_____Sharon Harris_____
Clerk

_/s/ Shirley A. Williams_
(By) Deputy Clerk

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

FILED
2012 Jan-17  AM 10:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| RREF RB ACQUISITIONS, LLC,  )<br>)<br>Plaintiff  )<br>)<br>vs.  )<br>)<br>LENLOCK CENTER, LLC, and  )<br>CLARK S. ULLOM,  )<br>)<br>Defendants  ) | Case No.  1:11-cv-04223-HGD |

## CONSENT JUDGMENT

Based upon the agreement of the parties, which has been reduced to writing and filed with the Court, the Court hereby ENTERS final judgment in favor of the plaintiff RREF RB Acquisitions, LLC ("Plaintiff"), and against defendants Lenlock Center, LLC ("Lenlock Center") and Clark S. Ullom ("Ullom," together with Lenlock Center, the "Defendants"), as follows:

A.   Judgment in the amount of $666,110.22; consisting of the principal amounts owing under the Loan Documents (as such term is defined in the Complaint) in the amount of $636,723.52, accrued and unpaid interest as of December 31, 2011, in the amount of $22,568.31, and costs of collection, including attorneys' fees in the amount of $6,818.39; plus

B.  Post-judgment interest accruing on the above described amount at the contract rate of LIBOR + 2.5%, with a floor rate of 4%.

DONE and ORDERED this 17th day of January, 2012.

_____
HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: _Shirley A. Williams_
　　　DEPUTY CLERK